# IN THE SUPREME COURT OF THE STATE OF NEVADA

FLAGSTAR BANK, FSB,
                Appellant,
            vs.
LN MANAGEMENT LLC SERIES 6152
CORBIN AVE,
                Respondent.

No. 75878

**FILED**

FEB 13 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____ DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:    Hon. Richard Scotti, District Judge
       Janet Trost, Settlement Judge
       Dickinson Wright PLLC
       Kerry P. Faughnan
       Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

19- 06873